# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

130774 & (48)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

F. TIMBERLANE HAMILTON,
     Plaintiff-Appellant,

v

SC: 130774
COA: 265062
Kent CC: 05-001514-NZ

BANK ONE NATIONAL ASSOCIATION,
HOMECOMINGS FINANCIAL, HESS HESS
& HESS, TROTT & TROTT, TCIF,
     Defendants-Appellees.

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

l0329